UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SAMUEL KOTTKE**,                                          Case No. 6:15-cv-00927-KI

            Plaintiff,                                          JUDGMENT

    v.

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security**,

           Defendant.

Bruce W. Brewer
P.O. Box 421
West Linn, OR 97068

      Attorney for Plaintiff

Billy J. Williams
United States Attorney
District of Oregon
Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Page 1 - OPINION AND ORDER

John C. Lamont
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

       Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is affirmed and this case is dismissed.

       IT IS SO ORDERED.

       DATED this ____15th____ day of August, 2016.


                               _/s/ Garr M. King_____
                                 Garr M. King
                                 United States District Judge